Form 5 - SUITABLE WITH MAILING                                    Jehan 
P531238

**WIGDOR LLP**   James Meresman
US DISTRICT COURTEASTERN DISTRICT OF NEW YORK

MD ABDUR ROB, ETAL

                                                         index No. **1:16-CV-041-6-ARR-RLM**
                                          PLAINTIFF      Date Filed
                    - vs -                               Office No. **JBM 18015**
JAGAT ISLAND CORP., ETAL                                 Court Date.
                                          DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**TARRANCE JACKSON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **01ST** day of **AUGUST, 2016** **1:33PM** at
     **C/O BP GAS STATION 239 UNION AVENUE**
     **BROOKLYN NY 11206**
I served the **SUMMONS IN A CIVIL ACTION, COLLECTIVE AND CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED**
upon **RAJ SINGLA**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SUNJIB NATH, MANAGER**
a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **BROWN** HAIR: **BLACK**
APP.AGE: **40** APP. HT: **6'**  APP. WT: **200**
OTHER IDENTIFYING FEATURES

On **08/02/2016** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
02ND day of AUGUST, 2016

SCOTT D. REEVES
Notary Public, State of New York
No. 01RE6331642
Qualified in NEW YORK
Commission Expires 10/13/2019

TARRANCE JACKSON DCA LIC NO 1409588
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-WIGLLP-531238

2a